IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND TRUSH, ) | 2:09-cv-03519-GEB-KJM |
| Plaintiff, ) | |
| ) | ORDER CONTINUING STATUS |
| v. ) | CONFERENCE |
| ) | |
| NATIONAL CREDIT WORKS, INC., ) | |
| Defendant. ) | |

      Plaintiff's status report filed on March 31, 2010, shows Plaintiff is proceeding against Defendant in default judgment proceedings.  Therefore, the status (pretrial scheduling) conference scheduled in this case for April 12, 2010, is continued to July 26, 2010, at 9:00 a.m.  Plaintiff shall file a status report no later than fourteen days prior to the July 26, 2010, scheduling conference, in which Plaintiff is only required to explain the status of the default motion.

      IT IS SO ORDERED.

Dated:  April 8, 2010

*[signature]*

GARLAND E. BURRELL, JR.
United States District Judge