IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
RAYMOND TRUSH,                      )
                                    )   2:09-cv-03519-GEB-KJM
          Plaintiff,                )
                                    )
     v.                             )   ORDER CONTINUING STATUS
                                    )   (PRETRIAL SCHEDULING)
NATIONAL CREDIT WORKS, INC.,        )   CONFERENCE; FED. R. CIV.
                                    )   P. 4(m) NOTICE
          Defendant.                )
_____ )
```

Plaintiff states in his Status Report filed July 16, 2010:

> Plaintiff's initial Motion to Enter Default Judgment was denied on May 17, 2010, due to the service of process.
>
> ....
>
> On May 17, 2010, Defendant's California registered agent was served with the Summons and Complaint....
>
> On May 31, 2010, Gregory G. Emminger, Defendant's CEO, was served with the Summons and Complaint....
>
> Defendant has failed to file a response or contact Plaintiff's counsel to date.
>
> Plaintiff intends to file a second Request for Entry of Default, and a second Motion for Default Judgment.

(Doc. 22 ¶¶ 1, 3-7.)

Plaintiff filed a second Request for Entry of Default on July 16, 2010, and the Clerk of Court filed an Entry of Default on July 19, 2010. (Docs. 23, 25). Since Plaintiff did not provide an anticipated

date for filing the referenced motion for default judgment ("motion"), he shall prosecute the case in a manner that authorizes him to file the motion before the Magistrate Judge within fourteen (14) days of the date on which this order is filed.

If Plaintiff fails to timely file the motion, Plaintiff shall show cause in writing filed no later than 4:00 p.m. on August 27, 2010, why this action should not be dismissed for failure of prosecution.

Further, the status conference scheduled for August 23, 2010, is continued to commence at 9:00 a.m. on November 29, 2010. A Status Report shall be filed fourteen (14) days prior to the status conference in which Plaintiff is only required to explain the status of the default judgment.

Plaintiff is also **notified under Rule 4(m)** of the Federal Rules of Civil Procedure ("Rule 4(m)") that any defendant not served with process within Rule 4(m)'s 120 day prescribed period will be dismissed unless Plaintiff "shows good cause for the failure" to serve in his Status Report.

IT IS SO ORDERED.
Dated: August 11, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge