Todd M. Friedman (216752)
Darin Shaw (251037)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
dshaw@attorneysforconsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAYMOND TRUSH,** | ) Case No. 2:09-CV-03519 GEB KJM |
| Plaintiff, | ) **NOTICE OF SETTLEMENT** |
| vs. | ) |
| **NATIONAL CREDIT WORKS, INC.,** | ) |
| Defendant. | ) |
| _____ ) | _____ |

NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow the Plaintiff ninety (90) days to file the Voluntary Dismissal with Prejudice. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 13th day of August, 2010.

                        By: s/Todd M. Friedman
                             Todd M. Friedman (216752)
                             Attorney for Plaintiff

1

2

3  Filed electronically on this 13$^h$ day of August, 2010, with:

4  United States District Court CM/ECF system

5  Notification sent electronically via the Court's ECF system to:

6

7  Honorable Garland E. Burrell
United States District Court
Eastern District of California

8

9  Rodney A. Giove
GIOVE LAW OFFICE, P.C.
10  727 Main Street, Suite 200
11  Niagara Falls, New York 14301

12  This 13th day of August, 2010.

13

14  s/Todd M. Friedman
Todd M. Friedman

15

16

17

18

19

20

21

22

23

24

25

26

27

28